# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **(AMENDED)**<br>**JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-PO-00129-DLW |
| JOSEPH S. PACHECO | BEN GIBBONS<br>(Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count 1 of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 261.15; 18 U.S.C. 7 | Operating a Vehicle on National Forest Land While Under the Influence of Alcohol | December 10, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 8, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

March 8, 2007
Date

DEFENDANT: JOSEPH S. PACHECO
CASE NUMBER: 06-PO-00129-DLW                                            Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Sixty (60) Days.

The court recommends that the Bureau of Prisons that the Defendant be allowed to serve this sentence concurrent with his sentence to be imposed in Lake County Colorado Combined Court Case No. 05-CR-67 on April 26, 2007 at 4:00 p.m..

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons or as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  JOSEPH S. PACHECO
CASE NUMBER:  06-PO-00129-DLW                                                      Judgment-Page 3 of 5

By _____
                Deputy United States Marshal

DEFENDANT:  JOSEPH S. PACHECO
CASE NUMBER:  06-PO-00129-DLW                                                      Judgment-Page 3 of 5

DEFENDANT:  JOSEPH S. PACHECO
CASE NUMBER:  06-PO-00129-DLW                                               Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

    The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| **Count** | **Assessment** | **CVB** | **Fine** | **Restitution** |
|---|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 | $0.00 |