IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 06-PO-00129-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. JOSEPH S. PACHECO,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On October 18, 2007, the Defendant filed a Motion for Allowance of Credit Towards Sentence for the 21 days Defendant spent as an inpatient in an alcohol treatment program. The Defendant's Motion is DENIED for the following reasons:

1. On March 8, 2007, Defendant was sentenced to serve 60 days in jail.

2. The Court recommended that the Defendant be allowed to serve his sentence concurrent with the sentence to be imposed in Lake County, Colorado, Case No. 06-CR-67 starting April 26, 2007.

3. John Griffin, from the Federal Probation Office, informed the Court that Defendant's Lake County sentencing was continued to May 25, 2007, July 20, 2007 and September 13, 2007 so that the Defendant could complete an inpatient program.

4. The Federal Bureau of Prisons set a self-surrender date of August 28, 2007 which the Defendant failed to appear for.

5. The Defendant has 5 prior drinking and driving convictions, and received another such charge while this case was pending.

6. The Court believes that in the interest of justice the Defendant should be required to serve the entire sentence without an allowance for time spent in a treatment program.

**DATED: October 23, 2007.**

BY THE COURT:

_____
David L. West, United States Magistrate Judge

### Certificate of Mailing

I hereby certify that on the 23rd day of October, 2007, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, to the following:

Wallace Kleindienst, Esq.
Asst. U. S. Attorney
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Ben Gibbons, Esq.
800 First Avenue
Monte Vista, Colorado 81146

By: _____
**Assistant to Magistrate Judge**